THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 19, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | June 18, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 19-21173 |
| DEBTORS: | Joseph and Edith Wisniewski |
| NATURE OF HEARING: | Home Point Financial Corporation's Objection to Confirmation of the Plan |
| APPEARANCES: | Mark Gauthier, for the debtors |
| | Jon Lieberman, for Home Point Financial |
| | Robert Stack, for the chapter 13 trustee |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Cameron Marston |

The court held a hearing on confirmation of the plan, to which Home Point Financial Corporation objected. The audio of the hearing is posted on the docket.

Based on the record and for the reasons stated at the hearing, IT IS ORDERED that Home Point Financial's objection is overruled.

#####